UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE No. 11-20056-CIV-JORDAN

| | |
|---|---|
| LIBERTY MEDIA HOLDING, LLC, | ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| HOTFILE CORP. et al., | ) ) |
| Defendants | ) ) |

**ORDER**

The plaintiff filed its complaint on January 6, 2011. This order provides notice that if the defendants are not served 120 days after the date the complaint was filed, the action will be dismissed without prejudice for failure to effect service of process under Rule 4(m).

DONE and ORDERED in chambers in Miami, Florida, this 1day of January, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to: All Counsel of Record