UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 11-20056-CIV-JORDAN

LIBERTY MEDIA HOLDINGS, LLC,        )
                                     )
            Plaintiff                )
                                     )
vs.                                  )
                                     )
HOTFILE CORP. et al.,                )
                                     )
            Defendants               )
_____  )

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND CLOSING CASE

Liberty Media Holdings, LLC was directed to file proof of service of process within 120 days of filing its complaint. This deadline passed on May 6, 2011. Although Liberty Media Holdings served some defendants, it dismissed the case with regard to those defendants. The remaining defendants have, as of yet, not been served. As a result, this case is DISMISSED WITHOUT PREJUDICE for failure to effect service under Rule 4(m) and for lack of prosecution. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 633 (1962) (holding that district court was within its discretion in dismissing case *with* prejudice based on a party's failure to comply with court orders).

This case is now CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 17th day of May, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:        All Counsel of Record